UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
REMIGIO BERNET AND                          Case No. 11-15812-RAM
ODALIS DIAZ
    Debtors
_____/             Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Personal Property and Notice of Hearing was sent via certified mail on this 6TH day of April 2011 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

CitiCorp Home Mortgage Services, Inc.          CitiFinancial, Inc.
CT Corporation System, R.A.                     c/o Mary McDowell, CEO & President
1200 S. Pine Island Road                        300 St. Paul Place
Plantation, FL 33324                            Baltimore, MD 21202

CitiMortgage, Inc.                              CitiMortgage, Inc.
c/o Sanjiv Das, CEO                             c/o CT Corporation System, RA
1000 Technology Dr.                             1200 S. Pine Island Road
O'Fallon, MO 63368                              Plantation, FL 33324

BAC Home Loans Servicing, LP                    BAC Home Loans Servicing, LP
f/k/a Countrywide Home Loans, Inc.              f/k/a Countrywide Home Loans, Inc.
P.O. Box 660694                                 c/o CT Corporation System, R.A.
Dallas, TX 75266-0694                           1200 South Pine Island Road
                                                Plantation, FL 33324