**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-15812-RAM**

☒ ____2nd____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Remigio Bernet__  CO-DEBTOR: __Odalis Diaz__
Last Four Digits of SS# xxx-xx-9608  Last Four Digits of SS# xxx-xx-4001

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

A.  $ __280.23__ for months __1__ to __60__ ;
B.  $_____ for months _____ to _____ ;
C.  $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:   Attorney's Fee   $ 3,750.00 + $500.00 = $4,250.00
                  TOTAL PAID       $2,500.00
                  Balance Due      $1,750.00 payable $ 145.84 month (Months __1__ to __12__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __n/a__   Arrearage on Petition Date $_____
Address _____   Arrears Payment $_____/month (Months ___ to ___)
_____   Arrears Payment $_____/month (Months ___ to ___)
_____   Regular Payment $_____/month (Months ___ to ___)

2. _____   Arrears Payment $_____
_____   Arrears Payment $_____/month (Months ___ to ___)
_____   Regular Payment $_____/month (Months ___ to ___)
_____   Arrears Payment $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| CitiMortgage, Inc<br>Loan No. 1120xxxxx<br>Prop Address: 10501 SW 50th Terr<br>Miami, FL 33165 | Homestead Property<br>$128,910.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a__   Total Due $_____
             Payable $_____/month (Months _____ to ___)

Unsecured Creditors: Pay $ __106.37__ month (Months __1__ to __12__ ). Pay $252.21/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :) The debtors are paying BAC Home Loan Servicing (Loan#7572),Tropical Financial Credit Union (Loan#20-7033XXXX) and Tropical Credit Union (Loan#21-7033XXXX) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/_____   X _/s/_____
Debtor                         Joint Debtor
Date: 04/14/11                 Date: 04/14/11
LF-31(rev. 06/02/08)